1  DAVID C. ALLEN (SBN 190479)
   *david.allen@btlaw.com*
2  KELLEY S. OLAH, (SBN 245180)
   *kelley.olah@btlaw.com*
3  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
4  Los Angeles, California  90067
   Telephone:   (310) 284-3880
5  Facsimile:    (310) 284-3894

6  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC.; JOHNSON &
7  JOHNSON (erroneously sued as "JOHNSON & JOHNSON,
   INC."); JOHNSON & JOHNSON SERVICES, INC.; and
8  DEPUY INTERNATIONAL LIMITED (erroneously sued
   as "DEPUY INTERNATIONAL, LTD.")
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COUGHLIN,<br><br>  Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC.,<br>JOHNSON & JOHNSON SERVICES,<br>INC., JOHNSON & JOHNSON, INC.,<br>DEPUY INTERNATIONAL, LTD.,<br>THOMAS P. SCHMALZRIED, M.D.,<br>THOMAS P. SCHMALZRIED, M.D. A<br>PROFESSIONAL CORPORATION; and<br>DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No.  3:15-cv-03947-RS<br><br>[~~PROPOSED~~] ORDER RE STIPULATION<br>TO STAY ALL PROCEEDINGS<br><br>Complaint Filed: July 7, 2015 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff MICHAEL COUGHLIN and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), JOHNSON & JOHNSON SERVICES, INC., DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy

-1-                                                      3:15-cv-03947-RS

1  International, Ltd."), THOMAS P. SCHMALZRIED, M.D., and THOMAS P.SCHMALZRIED,
2  M.D. A PROFESSIONAL CORPORATION (hereafter collectively "the Parties"); upon
3  consideration of all documents, files, and pleadings in this action; and upon good cause shown, it
4  is hereby ORDERED that:

5      1.    The Parties' request for a stay of proceedings is GRANTED;
6      2.    All proceedings in this action are hereby stayed, pending a decision by the Judicial
7  Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy
8  Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.
9      3.    Deadlines relating to any outstanding responsive pleading are extended pending
10  entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline
11  to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order
12  Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court
13  may issue.

14
15  PURSUANT TO STIPULATION, IT IS SO ORDERED.
16
17  Dated: __9/1__, 2015    _____[signature]_____
18                             UNITED STATES DISTRICT JUDGE

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -    3:15-cv-03947-RS
[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS